DAJ

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**DECEMBER 5, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6868**

| In the Matter of | Case Number: |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>v.<br><br>CLARK CONSULTING, INC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

**JUDGE CASTILLO**
**MAGISTRATE JUDGE DENLOW**

| NAME (Type or print) |
|---|
| Donald J. Munro |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Donald J. Munro |

| FIRM |
|---|
| GOODWIN PROCTER LLP |

| STREET ADDRESS |
|---|
| 901 New York Avenue, NW |

| CITY/STATE/ZIP |
|---|
| Washington, D.C. 20001 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 202-346-4137 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |