DAJ

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 5, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6868**

In the Matter of  Case Number:

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

v.

CLARK CONSULTING, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

**JUDGE CASTILLO**
**MAGISTRATE JUDGE DENLOW**

| |
|---|
| NAME (Type or print) <br> Joel Cornfeld |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Joel Cornfeld |
| FIRM <br> Daley & Mohan P.C. |
| STREET ADDRESS <br> 150 N. Wacker Drive, Suite 1550 |
| CITY/STATE/ZIP <br> Chicago, IL. 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291223 | 312-422-9999 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☑ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐