**DAJ**

**FILED**

**DECEMBER 5, 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6868**

In the Matter of                                    Case Number:

THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA

v.

CLARK CONSULTING, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

**JUDGE CASTILLO**
**MAGISTRATE JUDGE DENLOW**

| |
|---|
| NAME (Type or print)<br> Daniel J. Mohan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  Daniel J. Mohan |
| FIRM<br> Daley & Mohan, P.C. |
| STREET ADDRESS<br> 150 N. Wacker Drive, Suite 1550 |
| CITY/STATE/ZIP<br> Chicago, IL. 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6187721 | TELEPHONE  NUMBER<br> 312-422-9999 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐