**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY )<br> OF AMERICA )<br> 751 Broad Street )<br> Newark, NJ 07102 )<br>   )<br>            Plaintiff, )<br>   )<br>vs.   )<br>   )<br>   )<br>   )<br>   )<br>            Castillo )<br>CLARK CONSULTING, INC. )<br> 102 South Wynstone Park Drive )<br> North Barrington, IL 60010 )<br>   )<br>            Defendant. )<br>_____)  | Civil Action No.<br>1:07-cv-06868<br><br><br>The Honorable Ruben |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

Please take notice that, effective on the 21st day of December, 2007, Daley & Mohan, P.C. will change its name to Daley Mohan Groble, P.C. and the office address will change. All further notices regarding the above captioned matter should be directed to the new office address, as stated below:

> Daley Mohan Groble, P.C.
> 55 West Monroe Street
> Suite 1600
> Chicago, Illinois  60603
> Attention: Daniel J. Mohan

> THE BROE COMPANIES

> s/ Daniel J. Mohan

Daniel J. Mohan
Daley & Mohan, P.C.
Suite 1550
Chicago, IL 60606
(312) 422-9999

**CERTIFICATE OF SERVICE**

      I, Daniel J. Mohan, an attorney, hereby certify that on the __21__ day of December, 2007, I caused the foregoing **Notice of Change of Firm Name and Address** to be served on the attorney of record by depositing the same in the U.S. Post Office box located at 150 North Wacker Drive, Chicago, Illinois, before the hour of 5:00 p.m., addressed as follows:

                                            s/ Daniel J. Mohan
                                            Daniel J. Mohan

Case 1:07-cv-06868     Document 11     Filed 12/19/2007     Page 2 of 2