AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

CASE NUMBER: 07 C 6868

V.

ASSIGNED JUDGE: Hon. Ruben Castillo

CLARK CONSULTING, INC.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Clark Consulting, Inc.
c/o Registered Agent, CT Corporation System
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald J. Munro
Goodwin Proctor LLP
901 New York Avenue, NW
Washington, D.C. 20001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 1 9 2007

DATE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
CASE NO. **07 C 6868**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Benjamin Rogers**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

>  ( X ) Summons & Complaint
>  (   ) Citation to Discover Assets
>  (   ) Rule to Show Cause
>  (   ) Subpoena
>  (   ) Other:

1.   (   ) By leaving a copy with the named party, ------- personally on -------.

2.   (   ) On the within named party, --------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.   ( X ) On the within party, **Clark Consulting Inc. C/o CT Corporation** by leaving a copy with **Dawn Schultz, Service of Processor and Authorized Person**, on **December 20, 2007**, and informed that person of the contents thereof.

4.   ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**            RACE: **Caucasian**            APPROXIMATE AGE: **50**

5.   ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **208 S. LaSalle St., Suite #814, Chicago, IL 60604**
TIME OF DAY: **11:15 AM**

6.   (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **20**th day of **December 2007**.

*OFFICIAL SEAL*
*FELICIA CONROY*
*NOTARY PUBLIC - STATE OF ILLINOIS*
*MY COMMISSION EXPIRES:11/19/11*

Benjamin Rogers
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date           *Signature of Server*

                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.