# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 07-C-6868

The Prudential Insurance Company of America,
        Plaintiff,

v.

Clark Consulting, Inc.
        Defendants


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant, Clark Consulting, Inc.**

| |
|---|
| NAME: (Type or Print) <br> Thomas S. Bradley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s:/Thomas S. Bradley |
| FIRM: Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. |
| STREET ADDRESS:  515 North State Street, Suite 2800 |
| CITY/STATE/ZIP: Chicago, Illinois 60610 |

| | |
|---|---|
| ID NUMBER: 06199054 | TELEPHONE NUMBER: 312/467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES **X**    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO  X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |

## **CERTIFICATE OF SERVICE**

Thomas S. Bradley, an attorney, hereby certifies that he caused the Appearance of Thomas S. Bradley to be served on the parties of record listed below, electronically, by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court this on this 8th day of January 2008, addressed to:

**Donald J. Munro**
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4137
Email: dmunro@goodwinprocter.com

**Daniel J. Mohan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: 312-201-9368
Email: mohan@daleymohan.com

**Joel B. Cornfeld**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-0784

**Raymond Hugo Groble, III**
Daley Mohan Groble P.C.
55 W. Monroe
Suite 1600
Chicago, IL 60603
(312) 422-9999
Fax: (312) 201-9368
Email: groble@daleymohan.com

**Sean M. Sullivan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: (312) 422-5370
Email: ssullivan@daleymohan.com


**William Joseph McFadden**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-6522
Fax: (312) 201-9368
Email: wmcfadden@daleymohan.com

        s:/Thomas S. Bradley
        Thomas S. Bradley.

        Laner, Muchin, Dombrow,
        Becker, Leven and Tominberg, Ltd.
        515 N. State Street, Suite 2800
        Chicago, Illinois 60610
        Telephone:  (312) 467-9800
        Email: tbradley@lanermuchin.com

        ATTORNEYS FOR DEFENDANT
        CLARK CONSULTING, INC.