IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07-CV-06868 |
| vs. | ) ) ) | Judge Ruben Castillo |
| CLARK CONSULTING, INC., | ) ) | |
| Defendant. | ) | |

**DEFENDANT CLARK CONSULTING'S AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Defendant Clark Consulting (hereinafter "Clark"), by its attorneys respectfully moves this Court for entry of an order extending the time for it to answer or otherwise plead to the Complaint by one week, from January 9, 2008 to January 16, 2008. In support of this motion, Defendant states as follows:

1. Clark was served with the Complaint on December 20, 2007. Accordingly, its responsive pleadings are due on January 9, 2008.

2. Clark recently retained the outside counsel of Dallas, Texas based Markland Hanley, LLP to represent it in this action. The responsible attorneys from this Firm have sent papers to this Court requesting admission *pro hac vice*. Counsel requires additional time to investigate the factual and legal issues raised by the Complaint prior to filing a responsive pleading. Further, Clark has recently retained the Firm of Laner, Muchin. Dombrow, Becker, Levin and Tominberg, Ltd. and Gregory R. James, Jr. to serve as local counsel.

3. In addition, counsel for Clark seeks this extension due to recent illnesses suffered by both partners at Markland Hanley, LLP. Currently, the Firm employs three attorneys and, due

1

to the unforeseen illnesses which beset the two partners, counsel requires additional time to investigate the factual and legal issues raised by the Complaint prior to filing any responsive pleading. This is Clark's first request for an extension of time to plead.

4. Clark represents that Tara Hanley, one of its attorneys, contacted Donald J. Munro, one of the attorneys for plaintiff, on January 4, 2008, and requested an extension of Clark's deadline to file its answer until January 16, 2008. On January 6, 2008, Mr. Munro informed Ms. Hanley that the plaintiff agrees to the relief requested in this motion.

WHEREFORE, Clark prays that this Court extend the time for it to answer or otherwise plead to the Complaint to and including January 16, 2008.

RESPECTFULLY SUBMITTED,

S:/Gregory R. James, Jr.

Gregory R. James Jr. (6198667)
Thomas S. Bradley (6199054)
Laner, Muchin, Dombrow,
Becker, Leven and Tominberg, Ltd.
515 N. State Street, Suite 2800
Chicago, Illinois 60610
Telephone: (312) 467-9800
Email: gjames@lanermuchin.com

ATTORNEYS FOR DEFENDANT
CLARK CONSULTING, INC.

## **CERTIFICATE OF SERVICE**

Gregory R. James, Jr., an attorney, hereby certifies that he caused Defendant's Agreed Motion to Extend Time to Answer or Otherwise Plead to the Complaint to be served on the parties of record listed below, electronically, by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court this on this 8th day of January 2008, addressed to:

**Donald J. Munro**
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4137
Email: dmunro@goodwinprocter.com

**Daniel J. Mohan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: 312-201-9368
Email: mohan@daleymohan.com


**Joel B. Cornfeld**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-0784

**Raymond Hugo Groble, III**
Daley Mohan Groble P.C.
55 W. Monroe
Suite 1600
Chicago, IL 60603
(312) 422-9999
Fax: (312) 201-9368
Email: groble@daleymohan.com

**Sean M. Sullivan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: (312) 422-5370
Email: ssullivan@daleymohan.com

**William Joseph McFadden**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-6522
Fax: (312) 201-9368
Email: wmcfadden@daleymohan.com

    s:/Gregory R. James, Jr.
    Gregory R. James, Jr.