### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case No. 07-CV-06868** |
| **vs.** | ) ) | **Judge Ruben Castillo** |
| **CLARK CONSULTING, INC.,** | ) ) | |
| **Defendant.** | ) | |

### NOTICE OF MOTION

**TO:**    **See attached service list.**

**PLEASE TAKE NOTICE** that on **January 16, 2008**, at **9:45 a.m**. or as soon thereafter

as counsel may be heard, I shall appear before the Honorable Judge Ruben Castillo, or any Judge

sitting in his stead in Room 2303, at 219 South Dearborn Street, Chicago, Illinois, 60604 and

then and there present *Defendant's Agreed Motion for an Extension of Time to Answer or*

*Otherwise Plead to the Complaint*. A copy of which was served upon you.

  Dated:  January 8, 2008

                                        s:/Gregory R. James, Jr.
                                           Gregory R. James, Jr. (06198667)
                                           Email: gjames@lanermuchin.com

                                           Thomas S. Bradley (06199054)
                                           Email: tbradley@lanermuchin.com

                                          Laner, Muchin, Dombrow, Becker,
                                           Levin & Tominberg, Ltd.
                                         515 North State Street, Suite 2800
                                         Chicago, Illinois 60610
                                         (312) 467-9800
                                         (312)-467-9479

## <u>CERTIFICATE OF SERVICE</u>

Gregory R. James, Jr., an attorney, hereby certifies that he caused the foregoing Notice of

Motion to be served on the parties of record listed below, electronically, by operation of the

Court's electronic filing system, by filing the document electronically with the Clerk of this

Court this on this 8th day of  January 2008, addressed to:


**Donald J. Munro**
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4137
Email: dmunro@goodwinprocter.com

**Raymond Hugo Groble, III**
Daley Mohan Groble P.C.
55 W. Monroe
Suite 1600
Chicago, IL 60603
(312) 422-9999
Fax: (312) 201-9368
Email: groble@daleymohan.com


**Daniel J. Mohan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: 312-201-9368
Email: mohan@daleymohan.com

**Sean M. Sullivan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: (312) 422-5370
Email: ssullivan@daleymohan.com


**Joel B. Cornfeld**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-0784
Fax: (312)201-9368
Email: jcornfeld@daleymohan.com

**William Joseph McFadden**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-6522
Fax: (312) 201-9368
Email: wmcfadden@daleymohan.com


s:/Gregory R. James, Jr.
_____
Gregory R, James, Jr.
   Laner, Muchin, Dombrow,
   Becker, Levin and Tominberg, Ltd.
   515 N. State Street, Suite 2800
   Chicago, Illinois 60610
   Telephone:  (312) 467-9800
   Email: gjames@lanermuchin.com

   ATTORNEYS FOR DEFENDANT
   CLARK CONSULTING, INC.