**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>CLARK CONSULTING, INC., )<br>)<br>**Defendant.** ) | Case No. 07-CV-06868<br><br>Judge Ruben Castillo |

**AMENDED NOTICE OF MOTION**

TO:   See attached service list.

**PLEASE TAKE NOTICE** that on **Tuesday**, **January 15, 2008**, at **9:45 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ruben Castillo, or any Judge sitting in his stead in Room 2303, at 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present *Defendant's Agreed Motion for an Extension of Time to Answer or Otherwise Plead to the Complaint*. A copy of which was served upon you.

Dated: January 8, 2008

                s:/Gregory R. James, Jr.
                Gregory R. James, Jr. (06198667)
                Email: gjames@lanermuchin.com

                Thomas S. Bradley (06199054)
                Email: tbradley@lanermuchin.com

                Laner, Muchin, Dombrow, Becker,
                Levin & Tominberg, Ltd.
                515 North State Street, Suite 2800
                Chicago, Illinois 60610
                (312) 467-9800
                (312)-467-9479

## **CERTIFICATE OF SERVICE**

Gregory R. James, Jr., an attorney, hereby certifies that he caused the foregoing Notice of Motion to be served on the parties of record listed below, electronically, by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court this on this 8th day of January 2008, addressed to:

**Donald J. Munro**
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4137
Email: dmunro@goodwinprocter.com

**Raymond Hugo Groble, III**
Daley Mohan Groble P.C.
55 W. Monroe
Suite 1600
Chicago, IL 60603
(312) 422-9999
Fax: (312) 201-9368
Email: groble@daleymohan.com

**Daniel J. Mohan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: 312-201-9368
Email: mohan@daleymohan.com

**Sean M. Sullivan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: (312) 422-5370
Email: ssullivan@daleymohan.com

**Joel B. Cornfeld**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-0784
Fax: (312)201-9368
Email: jcornfeld@daleymohan.com

**William Joseph McFadden**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-6522
Fax: (312) 201-9368
Email: wmcfadden@daleymohan.com

s:/Gregory R. James, Jr.
Gregory R, James, Jr.
 Laner, Muchin, Dombrow,
 Becker, Levin and Tominberg, Ltd.
 515 N. State Street, Suite 2800
 Chicago, Illinois 60610
 Telephone: (312) 467-9800
 Email: gjames@lanermuchin.com

 ATTORNEYS FOR DEFENDANT
 CLARK CONSULTING, INC.