**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

The Prudential Insurance Company of America
                                                    Plaintiff,

v.                                                  Case No.: 1:07−cv−06868
                                                    Honorable Ruben Castillo

Clark Consulting, Inc.
                                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, January 9, 2008:


MINUTE entry before Judge Ruben Castillo :Motion hearing set for 1/15/2008 is vacated. Defendant Clark Consulting's agreed motion to extend time to answer or otherwise plead to the complaint [16] is granted. Defendant to answer or otherwise plead to the complaint on or before 1/16/2008. Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.