## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6868 |
| The Prudential Insurance Company of America | |
| v. | |
| Clark Consulting, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Clark Consulting, Inc.

**FILED**

JAN 1 5 2008
Jan 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| |
|---|
| NAME (Type or print) |
| Tara E. Hanley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ *Tara E. Hanley* |
| FIRM |
| Markland Hanley LLP |
| STREET ADDRESS |
| 2200 Ross Avenue Suite 4100W |
| CITY/STATE/ZIP |
| Dallas, TX 75201 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 469.341.3635 |

| | | | | |
|---|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐