IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,    )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>CLARK CONSULTING, INC.,    )<br>)<br>Defendant.    ) | Case No.  07 C 6868<br>Judge Ruben Castillo<br>Magistrate Judge Denlow |

**CLARK CONSULTING'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON RELIEF CAN BE GRANTED UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Defendant Clark Consulting, Inc., (hereinafter "Clark"), by its attorneys respectfully moves this Court to dismiss Count II of the Plaintiff's Amended Complaint because it fails to state a claim against Clark upon which relief can be granted.  Clark files with this Motion its Brief in Support of such motion.

Clark states that it stands in compliance with this court's rules by serving upon plaintiff's counsel a letter summarizing the legal and factual grounds for the motion, with references to supporting authorities prior to the filing of this motion.

WHEREFORE, Clark prays that this Court dismiss Count II of the Amended Complaint because it fails to state a claim against defendant upon which relief can be granted, with prejudice, together with costs, and grant such further relief as it deems appropriate.

2

Dated:  January 28, 2008                                        RESPECTFULLY SUBMITTED,

                                                                By:    /s/ Gregory R. James, Jr.
                                                                         Gregory R. James, Jr.

                                                                         Attorney for Defendant
                                                                         Clark Consulting, Inc.

                                                                         Tara Hanley
                                                                         Dale G. Markland
                                                                         Markland Hanley LLP
                                                                         2200 Ross Avenue, Suite 4100W
                                                                         Dallas, Texas 75201
                                                                         469.341.3633 (main)
                                                                         469.341.3640 (fax)
                                                                         thanley@marklandhanley.com
                                                                         dmarkland@marklandhanley.com

Gregory R. James, Jr. (06198667)
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)
gjames@lanermuchin.com

**CERTIFICATE OF SERVICE**

Gregory R. James, Jr., an attorney, hereby certifies that he caused the Defendant's Motion to Dismiss Count II of Plaintiff's Amended Complaint for Failure to State a Claim Upon Relief Can Be Granted Under Federal Rule of Civil Procedure 12(b)(6) in the above-captioned matter to be served on the parties of record listed below, via Electronic Filing with the Clerk of the Court on this 28th day of January 2008, addressed to:

| | |
|---|---|
| **Donald J. Munro**<br>Goodwin Procter LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 346-4137<br>Email: dmunro@goodwinprocter.com | **Raymond Hugo Groble, III**<br>Daley Mohan Groble P.C.<br>55 W. Monroe<br>Suite 1600<br>Chicago, IL 60603<br>(312) 422-9999<br>Fax: (312) 201-9368<br>Email: groble@daleymohan.com |
| **Daniel J. Mohan**<br>Daley Mohan Groble PC<br>55 West Monroe Street<br>Suite 1600<br>Chicago, IL 60603-5001<br>(312) 422-9999<br>Fax: 312-201-9368<br>Email: mohan@daleymohan.com | **Sean M. Sullivan**<br>Daley Mohan Groble PC<br>55 West Monroe Street<br>Suite 1600<br>Chicago, IL 60603-5001<br>(312) 422-9999<br>Fax: (312) 422-5370<br>Email: ssullivan@daleymohan.com |
| **Joel B. Cornfeld**<br>Daley Mohan Groble PC<br>55 West Monroe Street<br>Suite 1600<br>Chicago, IL 60603-5001<br>(312) 422-0784<br>Fax: (312)201-9368<br>Email: jcornfeld@daleymohan.com | **William Joseph McFadden**<br>Daley Mohan Groble PC<br>55 West Monroe Street<br>Suite 1600<br>Chicago, IL 60603-5001<br>(312) 422-6522<br>Fax: (312) 201-9368<br>Email: wmcfadden@daleymohan.com |

/s/ Gregory R. James, Jr.
Gregory R. James, Jr.