UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

The Prudential Insurance Company of America
                                                  Plaintiff,

v.                                                                 Case No.: 1:07−cv−06868
                                                                 Honorable Ruben Castillo

Clark Consulting, Inc.
                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 29, 2008:

      MINUTE entry before Judge Ruben Castillo :Settlement conference held in chambers on 1/29/2008. The Court concludes that this lawsuit can not be settled at this time. The parties are urged to continue their settlement discussions. Initial Rule 26(a) disclosures will be due on 2/13/2008. All discovery in this case must be concluded by 5/30/2008. Any dispositive motions will be due on or before 6/30/2008. The Court will hold a status hearing in open court on 2/21/2008 at 9:00 a.m. Defendant&#039;s motion to dismiss Count II of Plaintiff's amended complaint [30] is entered and continued to 2/21/2008 at 9:00 a.m. Motion hearing set for 2/7/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.