IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY )<br>OF AMERICA )<br>751 Broad Street )<br>Newark, NJ 07102 )<br>    )<br>    Plaintiff, )<br>    )<br>vs. )<br>    )<br>CLARK CONSULTING, INC. )<br>102 South Wynstone Park Drive )<br>North Barrington, IL 60010 )<br>    )<br>    Defendant. ) | Civil Action No. 07-C-6868<br>Hon. Ruben Castillo |

## NOTICE OF FILING

To:    See attached Certificate of Service.

   PLEASE TAKE NOTICE that on **February 1, 2008**, the undersigned attorney filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, via the CM/ECF federal filing system **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**.

                            THE PRUDENTIAL INSURANCE
                            COMPANY OF AMERICA

            By:    /s/ William J. McFadden
                   William J. McFadden
                   DALEY MOHAN GROBLE, P.C.
                   55 West Monroe, Suite 1600
                   Chicago, IL 60603
                   Telephone: 312-422-9999
                   Facsimile: 312-422-5370
                   Attorney No. 627661

1

## CERTIFICATE OF SERVICE

I, William J. McFadden, an attorney, state that on February 1, 2008, I served true and correct copies of the foregoing **NOTICE OF FILING** upon all attorneys of record via the CM/ECF federal filing system:

>Dale G. Markland, Esq.
>MARKLAND HANLEY LLP
>2200 Ross Avenue, Suite 4100W
>Dallas, TX 75201
>
>Gregory Robert James, Jr.
>LANER, MUCHIN, DOMBROW, BECKER
>515 North State Street, Suite 2800
>Chicago, IL 60610
>
>Tara E. Hanley
>MARKLAND HANLEY LLP
>2200 Ross Avenue, Suite 4100W
>Dallas, TX 75201
>
>Thomas Stephen Bradley
>LANER, MUCHIN, DOMBROW, BECKER
>515 North State Street, Suite 2800
>Chicago, IL 60610

/s/ William J. McFadden
William J. McFadden
DALEY MOHAN GROBLE, P.C.
55 West Monroe, Suite 1600
Chicago, IL 60603
Telephone: 312-422-9999
Facsimile: 312-422-5370
Attorney No. 627661