IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK CONSULTING, INC.<br><br>Dallas, Texas 75201   Defendant | Civil Action No. 07 C 6868<br><br>Judge Ruben Castillo |

**CERTIFICATE OF SERVICE**

Gregory R. James, Jr., an attorney, hereby certifies that the **FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) INITIAL DISCLOSURES OF DEFENDANT CLARK CONSULTING, INC.** in the above-captioned matter was served on the parties of record listed below, via certified mail, return receipt requested, addressed as follows on the 13th day of February, 2008.

**Donald J. Munro**
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4137
Email: dmunro@goodwinprocter.com

**Daniel J. Mohan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001

1

(312)422-9999
Fax:312-201-9368
Email: mohan@daleymohan.com

**Joel B. Cornfeld**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312)422-0784
Fax:(312)201-9368
Email: jcornfeld@daleymohan.com

**Raymond Hugo Groble, III**
Daley Mohan Groble P.C.
55 W. Monroe
Suite 1600
Chicago, IL 60603
(312)422-9999
Fax:(312)201-9368
Email: groble@daleymohan.com

**Sean M. Sullivan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312)422-9999
Fax:(312)422-5370
Email: ssullivan@daleymohan.com

**William Joseph McFadden**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312)422-6522
Fax:(312)201-9368
Email: wmcfadden@daleymohan.com


Dated: February 13, 2008          CLARK CONSULTING, INC.

                                  By:  _____ /s/ Tara Hanley_____

Tara Hanley
Dale G. Markland
Markland Hanley LLP
2200 Ross Avenue, Suite 4100W
Dallas, Texas 75201
469.341.3633 (main), 469.341.3640 (fax)
thanlev@marklandhanley.com
dmarkland@marklandhanlev.com


s:/Gregory R. James Jr.

Gregory R. James, Jr. (06198667)
Laner, Muchin, Dombrow,
Becker, Levin and Tominberg,
Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)
giames@lanermuchin.com