## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

The Prudential Insurance Company of America
                                          Plaintiff,

v.                                                                  Case No.: 1:07−cv−06868
                                                                  Honorable Ruben Castillo

Clark Consulting, Inc.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge Ruben Castillo :Status hearing held on 2/21/2008 and continued to 3/14/2008 at 1:00 p.m. The Court will rule on Defendant's motion to dismiss count II [30] on 3/14/2008 at 1:00 p.m.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.