IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) ) )  Plaintiff, ) ) vs. ) ) CLARK CONSULTING, INC., ) )  Defendant. ) | Case No. 07-CV-06868  Judge Ruben Castillo Magistrate Judge Denlow |
| CLARK CONSULTING, INC., ) )   Counter-Plaintiff, ) ) vs. ) ) THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) )   Counter-Defendant. ) | |

**MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM *NUNC PRO TUNC***

Defendant, Clark Consulting, Inc. ("Clark") by its attorneys, Gregory R. James, Jr. of Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd., and Tara Hanley of Markland Hanley LLP move for leave to file an Amended Counterclaim *Nunc Pro Tunc* against The Prudential Insurance Company of America ("Prudential"). In support of this Motion, Clark states as follows:

1. Clark filed a First Amended Counterclaim with the Court on February 20, 2008. An answer to Defendant's original Counterclaim was previously filed by Prudential.

2. Clark's counsel inadvertently failed to obtain leave of Court prior to filing Clark's First Amended Counterclaim.

3. At the case status hearing held on, February 21, 2008, the Court and Prudential's counsel were advised that Clark had filed an Amended Counterclaim. Prudential's counsel did not comment or object to the Amended Counterclaim at that time.

4. *After* the status conference, Prudential's lead counsel, from Washington D.C. contacted Clark's lead counsel via e-mail, and has refused to consent to the filing of the Amended Counterclaim.

5. Prudential will not be prejudiced by the filing of the First Amended Counterclaim, which asserts no new cause of action.

6. The Court granted leave to commence discovery at this morning's status conference, and therefore discovery has not been impeded.

7. Leave to file an amended pleading is routinely granted under Fed. Rule Civ P. 15(d) and there is no basis or good reason to oppose the filing of an Amended Counterclaim.

WHEREFORE, Defendant requests that this Court grant it leave to file its Amended Counterclaim, a copy of which is attached hereto, *nunc pro tunc*.

Dated: February 21, 2008

| | |
|---|---|
| Dale G. Markland<br>Tara Hanley<br>Markland Hanley LLP<br>2200 Ross Avenue, Suite 4100W<br>Dallas, Texas 75201<br>469.341.3633 (main)<br>469.341.3640 (fax)<br>thanley@marklandhanley.com<br>dmarkland@marklandhanley.com | s:/Gregory R. James, Jr.<br>Gregory R. James, Jr. (06198667)<br>Laner, Muchin, Dombrow, Becker,<br>Levin & Tominberg, Ltd.<br>515 North State Street, Suite 2800<br>Chicago, Illinois 60610<br>(312) 467-9800<br>(312)-467-947<br>Email: gjames@lanermuchin.com<br>Email: tbradley@lanermuchin.com |

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

Gregory R. James, Jr., an attorney, hereby certifies that he caused the foregoing Motion For Leave to File to File First Amended Counterclaim *Nunc Pro Tunc* to be served on the parties of record listed below, electronically, with the Clerk of this Court by operation of the Court's electronic filing system, on this 21st day of February 2008, to:

**Donald J. Munro**
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4137
Email: dmunro@goodwinprocter.com

**Raymond Hugo Groble, III**
Daley Mohan Groble P.C.
55 W. Monroe
Suite 1600
Chicago, IL 60603
(312) 422-9999
Fax: (312) 201-9368
Email: groble@daleymohan.com

**Daniel J. Mohan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: 312-201-9368
Email: mohan@daleymohan.com

**Sean M. Sullivan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: (312) 422-5370
Email: ssullivan@daleymohan.com

**Joel B. Cornfeld**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-0784
Fax: (312)201-9368
Email: jcornfeld@daleymohan.com

**William Joseph McFadden**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-6522
Fax: (312) 201-9368
Email: wmcfadden@daleymohan.com

s:/Gregory R. James, Jr.

Gregory R, James, Jr.
Laner, Muchin, Dombrow,
Becker, Levin and Tominberg, Ltd.
515 N. State Street, Suite 2800
Chicago, Illinois 60610
Telephone: (312) 467-9800
Email: gjames@lanermuchin.com
ATTORNEYS FOR DEFENDANT
CLARK CONSULTING, INC.