IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY ) <br> OF AMERICA ) <br> 751 Broad Street ) <br> Newark, NJ 07102 ) <br>  ) <br>   Plaintiff, ) <br>  ) <br> vs. ) <br>  ) <br> CLARK CONSULTING, INC. ) <br> 102 South Wynstone Park Drive ) <br> North Barrington, IL 60010 ) <br>  ) <br>   Defendant. ) | Civil Action No. 07-C-6868 <br> Hon. Ruben Castillo |

## NOTICE OF FILING

To:   See attached Certificate of Service.

PLEASE TAKE NOTICE that on **February 29, 2008**, the undersigned attorney filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, via the CM/ECF federal filing system **ANSWER TO FIRST AMENDED COUNTER-CLAIM**.

                    THE PRUDENTIAL INSURANCE
                    COMPANY OF AMERICA

          By:   /s/ William J. McFadden
                William J. McFadden
                DALEY MOHAN GROBLE, P.C.
                55 West Monroe, Suite 1600
                Chicago, IL 60603
                Telephone: 312-422-9999
                Facsimile: 312-422-5370
                Attorney No. 627661

1

## CERTIFICATE OF SERVICE

      I, William J. McFadden, an attorney, state that on February 29, 2008, I served true and correct copies of the foregoing **NOTICE OF FILING** upon the following attorneys of record via the Court's CM/ECF filing system and by U.S. Mail by depositing the same in the U.S. Post Office box located at 55 West Monroe, Chicago, Illinois:

    Dale G. Markland, Esq.
    Tara E. Hanley, Esq.
    MARKLAND HANLEY LLP
    2200 Ross Avenue, Suite 4100W
    Dallas, TX 75201

    Gregory Robert James, Jr., Esq.
    Thomas Stephen Bradley, Esq.
    LANER, MUCHIN, DOMBROW, BECKER
    515 North State Street, Suite 2800
    Chicago, IL 60610

                                                 /s/ William J. McFadden
                                               William J. McFadden
                                               DALEY MOHAN GROBLE, P.C.
                                               55 West Monroe, Suite 1600
                                               Chicago, IL 60603
                                               Telephone: 312-422-9999
                                               Facsimile:  312-422-5370
                                               Attorney No. 627661