IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY )<br>OF AMERICA )<br>751 Broad Street )<br>Newark, NJ 07102 )<br>    )<br>    Plaintiff, )<br>    )<br>vs.    )<br>    )<br>CLARK CONSULTING, INC. )<br>102 South Wynstone Park Drive )<br>North Barrington, IL 60010 )<br>    )<br>    Defendant. ) | Civil Action No. 07-C-6868<br>Hon. Ruben Castillo |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY
IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff The Prudential Insurance Company of America ("Prudential") hereby moves for leave to file a Sur-Reply in further opposition to defendant Clark Consulting's Motion to Dismiss Count II of Plaintiff's Amended Complaint ("Motion to Dismiss"). The proposed Sur-Reply is attached hereto.

A Sur-Reply is necessary to address an issue that arose after the completion of briefing on the Motion to Dismiss. Prudential filed its Opposition on February 1, 2008, and Clark filed its Reply Brief on February 20, 2008. In both its opening motion and in its Reply, Clark argues that Count II (which sets forth an alternative equitable relief claim) should be dismissed because such a claim cannot exist if there is an "enforceable contract" between the parties. On February 26, 2008, Prudential offered to voluntarily dismiss Count II if Clark would waive any defense that the agreements at issue are void or otherwise unenforceable. On March 7, 2008, Clark refused to accept Prudential's offer.

1

The short (3 page) attached Sur-Reply briefly explains why this development is relevant to a decision on Clark's Motion to Dismiss Count II. In particular, as more fully set forth in the Sur-Reply, Prudential shows that Clark's recent refusal to waive any defense that the parties' contracts are void is inconsistent with its argument that Prudential's alternative equitable relief claim has no basis in law.

Because both Prudential's offer and Clark's refusal took place after the completion of briefing on the Motion to Dismiss, it was not possible to address this point previously. Accordingly, Prudential respectfully requests that the Court grant leave to file the attached Sur-Reply.

ATTORNEYS FOR THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA

/s/ Donald J. Munro
Donald J. Munro
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, D.C. 20001
Telephone: 202-346-4137
Facsimile: 202-346-4444

/s/ Daniel J. Mohan
Daniel J. Mohan
DALEY MOHAN GROBLE, P.C.
55 West Monroe, Suite 1600
Chicago, IL 60603
Telephone: 312-422-9999
Attorney No. 6187721

/s/ William J. McFadden
William J. McFadden
DALEY MOHAN GROBLE, P.C.
55 West Monroe, Suite 1600
Chicago, IL 60603
Telephone: 312-422-9999
Attorney No. 627661

March 10, 2008

## CERTIFICATE OF SERVICE

     I, William J. McFadden, an attorney, state that on March 10, 2008, I served true and correct copies of the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** upon the following attorneys of record via the Court's CM/ECF filing system and by U.S. Mail by depositing the same in the U.S. Post Office box located at 55 West Monroe, Chicago, Illinois:

    Dale G. Markland, Esq.
    Tara E. Hanley, Esq.
    MARKLAND HANLEY LLP
    2200 Ross Avenue, Suite 4100W
    Dallas, TX 75201

    Gregory Robert James, Jr., Esq.
    Thomas Stephen Bradley, Esq.
    LANER, MUCHIN, DOMBROW, BECKER
    515 North State Street, Suite 2800
    Chicago, IL 60610

                                        /s/ William J. McFadden
                                        William J. McFadden
                                        DALEY MOHAN GROBLE, P.C.
                                        55 West Monroe, Suite 1600
                                        Chicago, IL 60603
                                        Telephone: 312-422-9999
                                        Facsimile:  312-422-5370
                                        Attorney No. 627661