IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>751 Broad Street<br>Newark, NJ 07102<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK CONSULTING, INC.<br>102 South Wynstone Park Drive<br>North Barrington, IL 60010<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br>Civil Action No. 07-C-6868<br>Hon. Ruben Castillo |

## NOTICE OF FILING

To:    See attached Certificate of Service.

PLEASE TAKE NOTICE that on **March 12, 2008**, the undersigned attorney filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, via the CM/ECF federal filing system, a **PROPOSED AGREED PROTECTIVE ORDER**.

                                                            THE PRUDENTIAL INSURANCE
                                                            COMPANY OF AMERICA

                              By:    /s/ William J. McFadden
                                     William J. McFadden
                                     DALEY MOHAN GROBLE, P.C.
                                     55 West Monroe, Suite 1600
                                     Chicago, IL 60603
                                     Telephone: 312-422-9999
                                     Facsimile: 312-422-5370
                                     Attorney No. 6276661

## CERTIFICATE OF SERVICE

      I, William J. McFadden, an attorney, state that on March 12, 2008, I served true and correct copies of the foregoing **NOTICE OF FILING** upon the following attorneys of record via the Court's CM/ECF filing system and by U.S. Mail by depositing the same in the U.S. Post Office box located at 55 West Monroe, Chicago, Illinois:

    Dale G. Markland, Esq.
    Tara E. Hanley, Esq.
    MARKLAND HANLEY LLP
    2200 Ross Avenue, Suite 4100W
    Dallas, TX 75201

    Gregory Robert James, Jr., Esq.
    Thomas Stephen Bradley, Esq.
    LANER, MUCHIN, DOMBROW, BECKER
    515 North State Street, Suite 2800
    Chicago, IL 60610

    /s/ William J. McFadden
    William J. McFadden
    DALEY MOHAN GROBLE, P.C.
    55 West Monroe, Suite 1600
    Chicago, IL 60603
    Telephone: 312-422-9999
    Facsimile:  312-422-5370
    Attorney No. 627661