# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

The Prudential Insurance Company of America

                                          Plaintiff,

v.                                                                           Case No.: 1:07−cv−06868

                                                                         Honorable Ruben Castillo

Clark Consulting, Inc.

                                          Defendant.


## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Morton Denlow for the purpose of holding proceedings related to: settlement conference.(rao, )Mailed notice.


Dated: March 14, 2008

                                                                      /s/ Ruben Castillo

                                                                 United States District Judge