**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY )<br>OF AMERICA )<br>751 Broad Street )<br>Newark, NJ 07102 )<br>          )<br>     Plaintiff,     )<br>          )<br>vs.          )<br>          )<br>CLARK CONSULTING, INC.     )<br>102 South Wynstone Park Drive )<br>North Barrington, IL 60010     )<br>          )<br>     Defendant.     )  | Civil Action No. 07-C-6868<br>Hon. Ruben Castillo |

## NOTICE OF MOTION

To:   See the attached Certificate of Service.

PLEASE TAKE NOTICE that on **March 25, 2008** at **9:45 a.m.**, the undersigned attorney shall appear before the **Honorable Judge Ruben Castillo**, or any judge sitting in his stead in Room 2141 of United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois and present **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**.

                    THE PRUDENTIAL INSURANCE
                    COMPANY OF AMERICA

        By:   /s/ William J. McFadden
                    William J. McFadden
                    DALEY MOHAN GROBLE, P.C.
                    55 West Monroe, Suite 1600
                    Chicago, IL 60603
                    Telephone: 312-422-9999
                    Facsimile:  312-422-5370
                    Attorney No. 6276661

## CERTIFICATE OF SERVICE

    I, William J. McFadden, an attorney, state that on March 17, 2008, I served true and correct copies of the foregoing **NOTICE OF MOTION** upon the following attorneys of record via the Court's CM/ECF filing system and by U.S. Mail by depositing the same in the U.S. Post Office box located at 55 West Monroe, Chicago, Illinois:

    Dale G. Markland, Esq.
    Tara E. Hanley, Esq.
    MARKLAND HANLEY LLP
    2200 Ross Avenue, Suite 4100W
    Dallas, TX 75201

    Gregory Robert James, Jr., Esq.
    Thomas Stephen Bradley, Esq.
    LANER, MUCHIN, DOMBROW, BECKER
    515 North State Street, Suite 2800
    Chicago, IL 60610

    /s/ William J. McFadden
    William J. McFadden
    DALEY MOHAN GROBLE, P.C.
    55 West Monroe, Suite 1600
    Chicago, IL 60603
    Telephone: 312-422-9999
    Facsimile:  312-422-5370
    Attorney No. 627661