## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number: 07-CV-6868

The Prudential Insurance Company of America,
                              Plaintiff,
v.
Clark Consulting, Inc.,
                              Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Clark Consulting, Inc.

| |
|---|
| NAME (Type or print)<br> Devlin J. Schoop |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Devlin J. Schoop |
| FIRM<br> Laner, Muchin, Dombrow, Becker, Levin & Tominberg, Ltd. |
| STREET ADDRESS<br> 515 North State Street, Suite 2800 |
| CITY/STATE/ZIP<br> Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 06243835 | TELEPHONE NUMBER<br> 312-467-9800 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐            APPOINTED COUNSEL ☐