IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) ) ) Plaintiff, ) ) vs. ) ) CLARK CONSULTING, INC., ) ) Defendant. ) ) ) CLARK CONSULTING, INC., ) ) Counter-Plaintiff, ) ) vs. ) ) THE PRUDENTIAL INSURANCE ) COMPANY OF AMERICA, ) ) Counter- Defendant. ) | Case No. 07-CV-06868 Judge Ruben Castillo |

## EMERGENCY MOTION TO STAY DISCOVERY PENDING SETTLEMENT CONFERENCE

Defendant Counter-Plaintiff, Clark Consulting, Inc. ("Clark") by its local counsel, Gregory R. James, Jr. of Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd., and by its counsel Tara Hanley of Markland Hanley LLP, moves this Court to stay discovery pending the April 22, 2008 Settlement Conference for the following reasons:

1. The parties are now in the discovery phase of this case. Clark served its Response to Plaintiff's ("Prudential") First Request for Document Production on March 24, 2008. Clark's responses to Prudential's First Interrogatories and First Requests to Admit are due on April 2, 2008 and April 17, 2008, respectively.

2. Defendant's counsel, Tara Hanley, has an ongoing family emergency that requires her full attention at this time. This family emergency affects counsel (who has appeared personally before this Court three times) directly and immediately, and involves issues of child custody and threatened violence. The undersigned counsel can elaborate on this highly personal matter to the Court, in Chambers, if it would be helpful to the Court.

3. A Settlement Conference is set for April 22, 2008.

4. Clark's counsel requests the Court to stay discovery until after the Settlement Conference. In the event that this case is not resolved at the Settlement Conference, Defendant requests that new dates be set to respond to the pending discovery and that the Court set a new discovery cut-off date.

WHEREFORE, Defendant respectfully requests that this Court stay all discovery until after the parties' Settlement Conference with Magistrate Judge Denlow on April 22, 2008.

Dated: April 1, 2008

s:/Gregory R. James, Jr.
Gregory R. James, Jr. (06198667)
Thomas S. Bradley (06199054)
Laner, Muchin, Dombrow, Becker,
  Levin & Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312)-467-947
Email: gjames@lanermuchin.com
Email: tbradley@lanermuchin.com
**ATTORNEYS FOR DEFENDANTS**

Tara Hanley
Dale G. Markland
Markland Hanley LLP
2200 Ross Avenue, Suite 4100W
Dallas, Texas 75201
469.341.3633 (main)
469.341.3640 (fax)

thanley@marklandhanley.com
dmarkland@marklandhanley.com

CERTIFICATE OF SERVICE

Gregory R. James, Jr., an attorney, hereby certifies that he caused the foregoing **Emergency Motion to Stay Discovery Pending Settlement Conference** to be served on the parties of record listed below, electronically, with the Clerk of this Court by operation of the Court's electronic filing system, on this 1st day of April 2008, to:

**Donald J. Munro**
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4137
Email: dmunro@goodwinprocter.com

**Daniel J. Mohan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: 312-201-9368
Email: mohan@daleymohan.com

**Joel B. Cornfeld**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-0784
Fax: (312)201-9368
Email: jcornfeld@daleymohan.com

**Raymond Hugo Groble, III**
Daley Mohan Groble P.C.
55 W. Monroe
Suite 1600
Chicago, IL 60603
(312) 422-9999
Fax: (312) 201-9368
Email: groble@daleymohan.com

**Sean M. Sullivan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: (312) 422-5370
Email: ssullivan@daleymohan.com

**William Joseph McFadden**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-6522
Fax: (312) 201-9368
Email: wmcfadden@daleymohan.com

s:/Gregory R. James, Jr.
Gregory R, James, Jr.
Laner, Muchin, Dombrow,
Becker, Levin and Tominberg, Ltd.
515 N. State Street, Suite 2800

        Chicago, Illinois 60610
        Telephone: (312) 467-9800
        Email: gjames@lanermuchin.com

        ATTORNEYS FOR DEFENDANT
        CLARK CONSULTING, INC.