IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>CLARK CONSULTING, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)   Case No. 07-CV-06868<br>)<br>)   Judge Ruben Castillo<br>)<br>)<br>)<br>)<br>) |
| CLARK CONSULTING, INC.,<br><br>   Counter-Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>   Counter- Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF EMERGENCY MOTION**

TO:   See attached service list.

**PLEASE TAKE NOTICE** that on **Wednesday**, **April 2, 2008**, at **9:45 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ruben Castillo, or any Judge sitting in his stead in Room 2303, at 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present Defendant's Emergency Motion to Stay Discovery Pending Settlement Conference**.** A copy of which was served upon you.

Dated:  April 1, 2008

                                                       s:/Gregory R. James, Jr._____
                                                       Gregory R. James, Jr. (06198667)
                                                       Thomas S. Bradley (06199054)
                                                       Laner, Muchin, Dombrow, Becker,
                                                         Levin & Tominberg, Ltd.

515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312)-467-947
Email: gjames@lanermuchin.com
Email: tbradley@lanermuchin.com

**ATTORNEYS FOR DEFENDANTS**

Tara Hanley
Dale G. Markland
Markland Hanley LLP
2200 Ross Avenue, Suite 4100W
Dallas, Texas 75201
469.341.3633 (main)
469.341.3640 (fax)
thanley@marklandhanley.com
dmarkland@marklandhanley.com

## CERTIFICATE OF SERVICE

Gregory R. James, Jr., an attorney, hereby certifies that he caused the foregoing Notice of Motion to be served on the parties of record listed below, electronically, with the Clerk of this Court by operation of the Court's electronic filing system, on this 1st day of April 2008, to:

**Donald J. Munro**
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4137
Email: dmunro@goodwinprocter.com

**Raymond Hugo Groble, III**
Daley Mohan Groble P.C.
55 W. Monroe
Suite 1600
Chicago, IL 60603
(312) 422-9999
Fax: (312) 201-9368
Email: groble@daleymohan.com

**Daniel J. Mohan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: 312-201-9368
Email: mohan@daleymohan.com

**Sean M. Sullivan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: (312) 422-5370
Email: ssullivan@daleymohan.com

**Joel B. Cornfeld**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-0784
Fax: (312)201-9368
Email: jcornfeld@daleymohan.com

**William Joseph McFadden**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-6522
Fax: (312) 201-9368
Email: wmcfadden@daleymohan.com

s:/Gregory R. James, Jr.
Gregory R, James, Jr.
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 N. State Street, Suite 2800
Chicago, Illinois 60610
Telephone:  (312) 467-9800
Email: gjames@lanermuchin.com

ATTORNEYS FOR DEFENDANT
CLARK CONSULTING, INC.