**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

The Prudential Insurance Company of America
                                        Plaintiff,

v.                                      Case No.: 1:07−cv−06868
                                        Honorable Ruben Castillo

Clark Consulting, Inc.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

MINUTE entry before Judge Honorable Morton Denlow:Settlement conference held on 4/22/2008. No agreement reached. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Case no longer referred to Honorable Morton Denlow.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.