**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

The Prudential Insurance Company of America
                                          Plaintiff,

v.                                                    Case No.: 1:07−cv−06868
                                                   Honorable Ruben Castillo

Clark Consulting, Inc.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Motion hearing held on 4/24/2008. Defendant's response to Plaintiff's motion for partial summary judgment [54] is due on or before 5/16/2008. Plaintiff's reply will be due on or before 5/28/2008. The court will rule by mail. The Court will hold a status hearing in open court on 6/12/2008 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.