Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6868 | DATE | 4/28/2008 |
| CASE TITLE | The Prudential Insurance Co. Of America vs. Clark Consulting, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. Defendant's motion to dismiss [30] is denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|