UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

The Prudential Insurance Company of America
                                  Plaintiff,

v.                                                     Case No.: 1:07−cv−06868
                                                         Honorable Ruben Castillo

Clark Consulting, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 6/12/2008. Counsel appeared and advised the Court that the parties have reached a tentative settlement. The parties are directed to finalize the settlement and submit a stipulation or appropriate settlement documents by 6/30/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.