IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLARK CONSULTING, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No.  07 C 6868 <br> ) Judge Ruben Castillo <br> ) Magistrate Judge Denlow <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, The Prudential Insurance Company of America ("Plaintiff") and Defendant, Clark Consulting, Inc. ("Defendant"), and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), together file this Joint Stipulation of Dismissal with Prejudice, hereby dismissing with prejudice all claims and actions as set forth by the Plaintiff and all claims and counter-actions as set forth by the Defendant in the above-captioned matter.  In accordance with Rule 41(a)(1)(A)(iii), this Joint Stipulation of Dismissal with Prejudice is signed below by representatives of all parties who have appeared in this matter.

Dated: June 25, 2008                                    RESPECTFULLY SUBMITTED,

By:    s:/Donald J. Munro (with cosent)          By:    s:/Gregory R. James, Jr.
       Donald J. Munro                                            Gregory R. James, Jr.
       Attorney for Plaintiff                                       Attorney for Defendant, Counter-
       The Prudential Insurance Company of              Plaintiff, Clark Consulting, Inc.
       America

       Donald J. Munro                                            Gregory R. James, Jr. (06198667)
       GOODWIN PROCTER LLP                             Laner, Muchin, Dombrow, Becker,
       901 New York Avenue, NW                            Levin and Tominberg, Ltd.
       Washington, D.C. 20001                              515 North State Street, Suite 2800
       Telephone 202-346-4137                             Chicago, Illinois 60610
       Facsimile 202-346-4444                              (312) 467-9800
                                                                            (312) 467-9479 (fax)
                                                                            gjames@lanermuchin.com'

## CERTIFICATE OF SERVICE

Gregory R. James, Jr., an attorney, hereby certifies that he caused the foregoing Joint Stipulation of Dismissal With Prejudice to be served on the parties of record listed below, electronically, with the Clerk of this Court by operation of the Court's electronic filing system, on this 25th day of June 2008, to:

**Donald J. Munro**
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4137
Email: dmunro@goodwinprocter.com

**Raymond Hugo Groble, III**
Daley Mohan Groble P.C.
55 W. Monroe
Suite 1600
Chicago, IL 60603
(312) 422-9999
Fax: (312) 201-9368
Email: groble@daleymohan.com

**Daniel J. Mohan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: 312-201-9368
Email: mohan@daleymohan.com

**Sean M. Sullivan**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-9999
Fax: (312) 422-5370
Email: ssullivan@daleymohan.com

**Joel B. Cornfeld**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-0784
Fax: (312)201-9368
Email: jcornfeld@daleymohan.com

**William Joseph McFadden**
Daley Mohan Groble PC
55 West Monroe Street
Suite 1600
Chicago, IL 60603-5001
(312) 422-6522
Fax: (312) 201-9368
Email: wmcfadden@daleymohan.com

s:/Gregory R. James, Jr.
Gregory R, James, Jr.
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 N. State Street, Suite 2800
Chicago, Illinois 60610
Telephone:  (312) 467-9800
Email: gjames@lanermuchin.com

ATTORNEYS FOR DEFENDANT
CLARK CONSULTING, INC.